# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

DOLLY'S CAFÉ LLC,
Plaintiff(s),

v.

Case No. 17 C 2495
Judge Virginia M. Kendall

ILLINOIS GAMING BOARD, et al.,

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) ILLINOIS GAMING BOARD, et al.,
and against plaintiff(s) DOLLY'S CAFÉ LLC

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall   on a motion.

Date: 12/6/2019                              Thomas G. Bruton, Clerk of Court

                                             Claire Newman , Deputy Clerk